**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jonny Alberto SOLBALVARRO,**
**Defendant—Appellant.**

**No. 05–10715.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 18, 2008 *.

Filed March 27, 2008.

Bruce M. Ferg, Esq., Office of the U.S. Attorney Evo A. Deconcini, U.S. Courthouse, Tucson, AZ, for Plaintiff–Appellee.

Matthew H. Green, Esq., Tucson, AZ, for Defendant–Appellant.

Before: CANBY, T.G. NELSON and BEA, Circuit Judges.

MEMORANDUM **

Jonny Alberto Solbalvarro appeals from his guilty-plea conviction and 30–month sentence for illegal reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Solbalvarro's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.